Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VI

| | | |
|---|---|---|
| LUIS A. PENNA<br><br>Peticionario<br><br><br>v.<br><br><br>JEAN ROBERT AUGUSTE SEVERE; LA PATISSERIE DE FRANCE, INC.<br><br>Recurridos | KLCE202500136 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso número: K PE2009-0390<br><br>Sobre: Injunction preliminar y permanente, acción derivativa, nombramiento de administrador judicial o síndico; acción directa, incumplimiento de contrato, da[ñ]os y perjuicios, cobro de dinero |

Panel integrado por su presidenta, la jueza Ortiz Flores, la juez Aldebol Mora y la jueza Boria Vizcarrondo.

Aldebol Mora, Juez Ponente

# R E S O L U C I Ó N

En San Juan, Puerto Rico, a 6 de marzo de 2025.

Examinado el *Certiorari* presentado el 10 de febrero de 2025 por Luis A. Penna, así como la *Oposición a Expedición del Auto de Certiora[ri]* instado por Jean R. Auguste Severe el 21 del mismo mes y año, procedemos a resolver con el beneficio de su comparecencia:

Luego de un estudio ponderado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari*. Véase, Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, y Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

RES2025 _____